USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** a/s/o Association of Oakridge Condominium,<br><br>　　　　　　　　　　　　　　　**Plaintiff,**<br><br>　　-against-<br><br>**SUNBEAM PRODUCTS, INC.,** d/b/a Jarden Corporation,<br><br>　　　　　　　　　　　　　　　**Defendants.** | 20-CV-1505 (ALC)<br><br>**ORDER** |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

　　It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty (30) days.

**SO ORDERED.**

**Dated:**　**September 4, 2020**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　_Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**HON. ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**